## Morris C. BROCKS, Petitioner,

v.

## DEPARTMENT OF THE ARMY, Respondent.

No. 04–3262.

United States Court of Appeals, Federal Circuit.

June 30, 2004.

David D'Alessandris, James M. Kinsella, David M. Cohen, Department of Justice, Washington, DC, for Respondent.

Morris C. Brocks, Omaha, NE, pro se.

### ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.